UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUBEN MENDEZ DOMINGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> LAURA HERMOSILLO, et al., <br><br> Respondents. | Case No. 2:25-cv-02337-TMC <br><br> ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ORDER TO SHOW CAUSE |

## I.   ORDER

On November 20, 2025, Petitioners filed a petition for writ of habeas corpus alleging that Respondents had unlawfully subjected them to mandatory detention without the possibility of release on bond under 8 U.S.C. § 1225(b)(2). Dkt. 1. The same day, Petitioners moved for an order requiring Respondents to file a return to the habeas petition within three days and prohibiting Respondents from transferring any Petitioner out of the Western District of Washington during the pendency of these proceedings. Dkt. 2. Having reviewed the petition and accompanying motion, the Court GRANTS IN PART and DENIES IN PART the motion for order to show cause. Due to the number of Petitioners and resulting complexity of the habeas petition, the Court finds there is good cause to permit Respondents additional time to file a return. *See* 28 U.S.C. § 2243 (requiring return "within three days unless for good cause

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ORDER TO SHOW CAUSE - 1

additional time, not exceeding twenty days, is allowed"). The Court further finds that Petitioners have not demonstrated an imminent risk of transfer to another judicial district, and injunctive relief against transfer is not warranted at this time.

Accordingly, the Court ORDERS:

1. Respondents shall file a return to the habeas petition no later than December 5, 2025. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion.

2. Any traverse Petitioners wish to file shall be due by December 9, 2025. The clerk shall note the matter for December 9, 2025.

3. Respondents shall provide Petitioners and Petitioners' counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into the weekend) prior to any action to move or transfer any Petitioner from the Northwest Immigration and Customs Enforcement Processing Center or to remove him from the United States.

4. The clerk is directed to effectuate immediate service of the habeas petition filed in this case upon Federal Respondents by emailing a copy of the habeas petition and this order to usawaw.Habeas@usdoj.gov.

5. Petitioner's counsel shall provide Petitioners' A-file numbers promptly to the U.S. Attorney's Office via email to counsel for Federal Respondents, who entered an appearance on November 24, 2025 (Dkt. 13).

6. If either party seeks an expedited or enlarged briefing schedule, counsel for that party shall contact opposing counsel promptly to meet and confer. The parties shall then file a joint expedited motion, noted for the same day it is filed, that contains either an agreed briefing schedule or the parties' competing proposals for a briefing schedule.

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ORDER TO SHOW CAUSE - 2

Dated this 26th day of November, 2025.

Tiffany M. Cartwright
United States District Judge